AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) McBryde, John H | 2. Court or Organization U.S.Dist. Ct., N. Dist. of TX | 3. Date of Report 03/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 501 West 10th Street U.S. Courthouse, Room 401 Fort Worth, Texas 76102-3642 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 MAR 20 P 4: 41
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Fort Worth Club | See explanation in Sec. VIII | $ 1,200 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COMMON STOCKS AND UNITS OF OWNERSHIP (2-27): | | | | | | | | | |
| 2. Caterpillar Tractor | B | Dividend | M | T | | | | | |
| 3. Chevron Corp. (formerly Chevron Texaco Corp.) | C | Dividend | M | T | | | | | |
| 4. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 5. General Electric Co. | B | Dividend | L | T | | | | | |
| 6. The B.F. Goodrich Co. | A | Dividend | K | T | | | | | |
| 7. ICO, Inc. | | None | J | T | | | | | |
| 8. IBM | A | Dividend | K | T | | | | | |
| 9. InterTan, Inc. | | None | J | W | | | | | |
| 10. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 11. Permian Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 12. San Juan Basin Royalty Trust | D | Dividend | M | T | | | | | |
| 13. Weyerhaeuser Co. | B | Dividend | K | T | | | | | |
| 14. Winn-Dixie Stores, Inc. | | None | J | W | | | | | |
| 15. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 16. Intel Corp. | A | Dividend | J | T | | | | | |
| 17. Lucent Technologies, Inc. | | None | j | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Plains All American Pipeline, L.P. | A | Dividend | J | T | | | | | |
| 19. Avaya | | None | J | T | | | | | |
| 20. Visteon Corp. | A | Dividend | J | T | | | | | |
| 21. Bristol-Meyers Squibb Co. | A | Dividend | J | T | | | | | |
| 22. FirstEnergy Corp. | A | Dividend | J | T | | | | | |
| 23. Agere Systems, Inc. | | None | J | T | Merger | 5/31 | J | A | N/A |
| 24. Agere Sys. Inc. Cl. A | | | | | Merger | 5/31 | J | A | N/A |
| 25. Agere Sys. Inc. Cl. B | | | | | Merger | 5/31 | J | A | N/A |
| 26. EnPro Industries | | None | J | T | | | | | |
| 27. 3M Co. | A | Dividend | K | T | | | | | |
| 28. ************************ | | | | | | | | | |
| 29. BANK ACCOUNTS (30-31): | | | | | | | | | |
| 30. Frost Nat'l. Bank | A | Interest | J | T | | | | | |
| 31. Worth National Bank | A | Interest | J | T | | | | | |
| 32. ************************ | | | | | | | | | |
| 33. MUNICIPAL BONDS: | | | | | | | | | |
| 34. Tarrant Co. TX Hsg. Fin. Corp. Rev. Sharing Fam. Mtg. | A | Interest | J | W | Exchange | 5/23 11/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ************************* | | | | | | | | | |
| 36. MUTUAL FUNDS (NON-IRA) (37-47): | | | | | | | | | |
| 37. Eaton Vance Nat. Muni Fund | D | Dividend | M | T | | | | | |
| 38. Fidelity Investments - Magellan | D | Dividend | M | T | | | | | |
| 39. Fidelity Investments - Puritan | D | Dividend | M | T | | | | | |
| 40. T. Rowe Price-High Yield | D | Dividend | L | T | | | | | |
| 41. Vanguard Group-Intermediate Muni Bond Fund | B | Dividend | L | T | | | | | |
| 42. Vanguard Group - Long-term Muni Bond Fund | B | Dividend | K | T | | | | | |
| 43. Vanguard Tax Exempt Money Market Fund | C | Dividend | N | T | | | | | |
| 44. Nuveen Select Quality Muni Fund | C | Dividend | L | T | | | | | |
| 45. Am. Century Ultra Fund | A | Dividend | M | T | Buy | 12/27 | K | | Am. Century Altra |
| 46. Vanguard International Growth Fund | B | Dividend | M | T | Buy | 12/28 | K | | Vanguard |
| 47. Vanguard International Value Fund | C | Dividend | L | T | Buy | 12/28 | K | | Vanguard |
| 48. ********************** | | | | | | | | | |
| 49. MUTUAL FUNDS - IRA ROLLOVER (50-58): | | | | | | | | | |
| 50. T. Rowe Price - High Yield | D | Dividend | M | T | | | | | |
| 51. American Century-Ulta | | | | | Redemp | 12/27 | K | | Mandatory IRA withdrawal |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
Q =Appraisal   S =Assessment
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Group-Wellington | E | Dividend | N | T | | | | | |
| 53. Vanguard Group-GNMA | D | Dividend | M | T | | | | | |
| 54. Fid. Inv. Int'l Discovery Fund | D | Dividend | M | T | | | | | |
| 55. Vanguard 500 Index Fund | D | Dividend | M | T | Part Redempt | 7/27 12/28 | L | | See Sec. VIII |
| 56. Vanguard Equity Income Fund | E | Dividend | N | T | | | | | |
| 57. Vanguard Windsor Fund | D | Dividend | M | T | Buy | 7/27 | K | | Vanguard |
| 58. Vanguard Primecap Fund | B | Dividend | K | T | | | | | |
| 59. *********************** | | | | | | | | | |
| 60. MUTUAL FUNDS/IRA NON-ROLLOVER (61-62): | | | | | | | | | |
| 61. Vanguard Group-Long Term Corp. | E | Dividend | N | T | | | | | |
| 62. Vanguard Group - Wellington | A | Dividend | K | T | | | | | |
| 63. *********************** | | | | | | | | | |
| 64. OTHER (65-68) | | | | | | | | | |
| 65. U.S. Treas. Notes & Bonds | E | Interest | P1 | T | | | | | |
| 66. Sherman Co. TX Min. Int. | A | Royalty | J | W | | | | | |
| 67. Tarrant County, TX Rental Property | D | Rent | L | W | | | | | |
| 68. GMD Bondholder Trust | | | | | | | | | See Sec. VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

V. OTHER GIFTS. (Continuation of Sec. III).

As a member of the local federal judiciary, I have an honorary membership in The Fort Worth Club. My honorary membership eliminated the need for me to pay $1,200 ($100 per month) in dues that otherwise would have been paid by a member. The $1,200 is the only value the membership had to me during the year 2005.

VIII. INVESTMENTS.

Dividends on the non-IRA mutual funds are reinvested as declared except the T. Rowe Price-High Yield Fund, Vanguard Tax-Free Funds, and Nuveen Fund.

On July 27 I transferred funds from the Vanguard 500 Index Fund (item 55 in Section VII) to the Vanguard Windsor Fund (item 57 in Section VII). This explains the transaction entry as to the Vanguard Windsor Fund and partially explains the transaction entry as to the Vanguard 500 Index Fund. On December 28 I took part of my mandatory IRA withdrawal from the Vanguard 500 Index Fund and reinvested part of the amount withdrawn in the Vanguard International Growth Fund (item 46 in Section VII) and part in the Vanguard International Value Fund (item 47 in Section VII). This explains the transactions shown as to the Vanguard International Growth Fund and the Vanguard International Value Fund, and completes the explanation of the transaction shown as to the Vanguard 500 Index Fund.

I became satisfied that the GMD Bondholder Trust shown as item 68 in Section VII was valueless, and wrote it off as a total loss in April. Consequently, it will not be shown in future filings.

Sources of Rental and Royalty Income:

The royalty income in relation to the Sherman County, Texas, mineral interest (item 66) was received from BP American Production Co. The rent income on the Tarrant County. Texas, rental property (item 67) is from Stephanie Doenges.

All items of property listed in Section VII are the community property ▆▆▆ owned) by ▆▆▆▆ me.

| Name of Person Reporting | Date of Report |
|---|---|
| McBryde, John H | 03/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

3/14/06

NOT ... ILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN...

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544